RECEIVED

APR 2 5 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **JOSEPH JACQUET** | **CIVIL ACTION NO. 6:11-cv-1816** |
| **LA. DOC #118386** | |
| **VS.** | **SECTION P** |
| | **JUDGE DOHERTY** |
| **BREAUX BRIDGE POLICE DEPT., ET AL.** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2). Plaintiff may reassert his claim if and when he can meet the *Heck v. Humphrey* conditions

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this _25_ day of _April_, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE